# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132303

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DETROIT SCHOOL DISTRICT,
      Plaintiff,

v

SC: 132303
COA: 267715
Wayne CC: 04-413781-CK

URS CORPORATION, DESIGN COLLECTIVE
and TDC/URS, a/k/a TDC/URS CORPORATION,
      Defendants/Third-Party Plaintiffs-
      Appellants,
and

MARK ENGLISH, EMMETT B. HAGOOD, JR.,
CAROLE HARRIS, GARY BALDWIN, HARISH
CHOPIA, CINDY GARCIA, THOMAS
HAMPSON, WILLIAM STEVENSON and
BEVERLY HANNAH JONES,
      Defendants/Third-Party Plaintiffs,

v

BAILEY TURNER VENTURE, EL BAILEY
COMPANY, INC., AND TURNER
CONSTRUCTION,
      Third-Party Defendants/Appellees.

_____/

On order of the Court, the application for leave to appeal the July 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220